UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |  |
|---|---|---|
| STUART POUND, | ) | |
| | ) | Civil Action No. 3:20-CV-02097-JMC |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Plaintiff's Witness List** |
| WILCOX MARKETING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

1. Deputy Shawn Mohundro
2. Stuart Pound
3. Chelly Pound
4. Dr. Peter Bailey
5. Glenn Brown

        KASSEL MCVEY, ATTORNEYS AT LAW

        <u>s/John D. Kassel</u>
        John D. Kassel, Federal I.D. 2278
        Theile B. McVey, Federal I.D. 7614
        Jamie Rutkoski, Federal I.D. 12880

        1330 Laurel Street
        Post Office Box 1476
        Columbia, South Carolina 29202
        jkassel@kassellaw.com
        tmcvey@kassellaw.com
        jrutkoski@kassellaw.com

        Attorneys for Plaintiff

May 31, 2022

Columbia, South Carolina.