AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of <u>South Carolina</u>

| | |
|---|---|
| Stuart Pound,<br>*Plaintiff*<br><br>Wilcox Marketing Inc.,<br>*Defendant* | ) Civil Action No.  3:20-2097-JMC<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* <u>Stuart Pound</u> recover from the defendant *(name)* <u>Wilcox Marketing Inc</u> the amount of <u>Seventy-One Thousand Three Hundred Fifty-Five and 62/100</u> dollars ($ <u>71,355.62</u> ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate <u>2.14</u> %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____

This action was *(check one)*:

☒ tried by a jury with Judge <u>J. Michelle Childs</u> presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ This action came before the Court on the record, Honorable J. Michelle Childs, United States District Judge, presiding.

Date:  <u>June 9, 2022</u>              *CLERK OF COURT*

                                   <u>s/Karen Boston</u>
                                   *Signature of Clerk or Deputy Clerk*