UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| STUART POUND, | ) |
|     Plaintiff, | ) Civil Action No. 3:20-CV-02097-JMC |
| v. | ) **SATISFACTION OF JUDGMENT** |
| WILCOX MARKETING, INC., | ) |
|     Defendant. | ) |

Attached herewith is a fully executed Satisfaction of Judgment regarding the above-referenced matter.

MCANGUS GOUDELOCK & COURIE, L.L.C.

*s/ Sterling G. Davies*
Sterling G. Davies (Federal Bar No. 6288)
sdavies@mgclaw.com
Michael Trask (Federal Bar No. 12894)
michael.trask@mgclaw.com
Post Office Box 12519
1320 Main Street, 10th Floor (29201)
Columbia, South Carolina 29211
Telephone: (803) 779-2300
Facsimile: (803) 748-0526

ATTORNEYS FOR WILCOX MARKETING, INC.

June 17, 2022